

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-20-00176-CV

| | | |
|---|---|---|
| METRO SOLUTIONS TEXAS, LLC AND BRIAN RADICAN, Appellants | § | On Appeal from the 16th District Court |
| | § | of Denton County (19-10071-16) |
| V. | § | December 2, 2021 |
| CRAIG SMITH, Appellee | § | Memorandum Opinion by Chief Justice Sudderth |

## JUDGMENT

This court has considered the record on appeal in this case and holds as follows:

It is ordered that the January 9, 2020 judgment of the trial court is vacated as void.

It is ordered that the December 6, 2019 judgment is modified to limit the DTPA award to $24,639.39. It is further ordered that the portion of the trial court's December 6, 2019 judgment awarding attorney's fees is reversed, and we remand the case to the trial court for a new trial on attorney's fees only. We affirm the remainder

of the trial court's December 6, 2019 judgment as modified including the denial of Craig Smith's claims against Brian Radican.

It is further ordered that each party shall pay their own costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bonnie Sudderth
    Chief Justice Bonnie Sudderth